IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-cv-02682-LTB-STV

KITTY SIPES,

Plaintiff,

v.

TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,

Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, Kitty Sipes, and Defendant, Teachers Insurance and Annuity Association of America, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to dismissal of this action in its entirety with prejudice, with each party to bear her or its own attorneys' fees and costs.

Submitted this 14th day of November, 2016.

*s/ Ralph G. Torres*
Ralph G. Torres
LAW OFFICE OF RALPH G. TORRES
1801 Broadway, Suite 1400
Denver, CO 80202
303.297.8427
RGTorres99@aol.com

**ATTORNEY FOR PLAINTIFF**

*s/ Jennifer S. Harpole*
Joshua B. Kirkpatrick
Jennifer S. Harpole
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
303.629.6200
jkirkpatrick@littler.com
jharpole@littler.com

**ATTORNEYS FOR DEFENDANT**